## Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830

FACSIMILE 212-220-3780

GENERAL@NICOLETTIHORNIG.COM

WWW.NICOLETTIHORNIG.COM

+GUERRIC S.D.L. RUSSELL
PARTNER
DIRECT DIAL: 212-220-3826
GRUSSELL@NICOLETTIHORNIG.COM

July 15, 2021

**VIA ECF**
**AND FAX: 212-805-0194**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

RE: *Safe Harbor Pollution Insurance et al v. River Marine Enterprises, LLC et al*
　　Case No.:　　　　18 Civ. 5942

Dear Judge Buchwald:

　　　　We represent plaintiffs/intervenor defendants Safe Harbor Pollution Insurance, Starr Indemnity & Liability Company, Argonaut Insurance Company and Berkshire Hathaway Specialty Insurance Company (collectively "plaintiffs") in the above-referenced matter. We respectfully request, with the consent of counsel for defendants/intervenor plaintiffs, a small adjustment to the briefing schedule for plaintiffs' summary judgment motion. Lead counsel for defendants/intervenor plaintiffs has advised that he will be with a new law firm beginning on August 2. He has advised that his representation of defendants/intervenor plaintiffs in this matter is anticipated to continue at the new law firm. To accommodate this move and an anticipated substitution of counsel, we respectfully request that the Court approve the following revised briefing schedule:

|   | FROM | TO |
|---|---|---|
| 1. Plaintiffs' Motion for Summary Judgment | July 16, 2021 | Aug. 2, 2021 |
| 2. Defendants/Intervenors' Opposition | Aug. 16, 2021 | Sept. 2, 2021 |
| 3. Plaintiffs' Reply | Aug. 30, 2021 | Sept. 16, 2021 |

This is the parties' first request for an extension of time concerning plaintiffs' motion for summary judgment.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: _____
Guerric S.D.L. Russell

cc: ALL PARTIES VIA ECF

```
Application granted.
```
**SO ORDERED.**

```
                NAOMI REICE BUCHWALD
                UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         July 15, 2021
```